JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNA EARL, | No. 2:23-cv-08173-RGK-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: January 3, 2024

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE